## Peter Schoenhofen Brewing Company, Appellee, v. Daniel E. Pugh, Appellant.

### Gen. No. 5,802.   (Not to be reported in full.)

Appeal from the County Court of Peoria county; the Hon. CLYDE E. STONE, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913. Rehearing denied October 9, 1913.

### Statement of the Case.

Action by Peter Schoenhofen Brewing Company against Daniel E. Pugh in forcible detainer to recover possession of premises leased to defendant by the plaintiff. From a judgment in favor of plaintiff, defendant appeals.

GEORGE J. JOCHEM, for appellant.

COVEY, CAMPBELL & COVEY, for appellee.

Mr. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. FORCIBLE ENTRY AND DETAINER, § 24*—*when tenant cannot question landlord's title.* In forcible detainer brought by landlord against tenant, title of the landlord cannot be questioned or investigated and tenant cannot show that landlord's title has terminated before suit brought.

2. LANDLORD AND TENANT, § 148*—*what essential to enable tenant to dispute his landlord's title.* Where a person enters under another, and thereby admits his title, he must restore the possession to the person from whom he received it before he can set up title in himself or in another.

3. LANDLORD AND TENANT, § 142*—*when tenant cannot show landlord's title has terminated.* The exception to the general rule that tenant cannot dispute his landlord's title, which permits tenant to show that landlord's title has terminated, does not apply in forcible detainer proceedings.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.